# EXHIBIT A

**Chris Dryden**

| | |
|---|---|
| From: | Chris Dryden |
| Sent: | Thursday, May 6, 2021 10:47 AM |
| To: | Chris Dryden |
| Subject: | FW: Rabinowitz Update |

