**NOTE CHANGES MADE BY THE COURT**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRENDMOOD, INC, <br><br> Plaintiff, <br><br> vs. <br><br> SAMANTHA RABINOWITZ, an individual, and DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-10877-MCS-RAO <br><br> **ORDER GRANTING STIPULATION TO FILE THIRD AMENDED COMPLAINT** <br><br> Action filed: November 30, 2020 |

-1-
[PROPOSED] ORDER

# ORDER

Pursuant to the Parties' stipulation, and for good cause shown, it is hereby ordered that Plaintiff Trendmood, Inc., may file a Third Amended Complaint adding two additional causes of action for Intentional Interference with Prospective Economic Advantage and Negligent Interference with Prospective Economic Advantage. **Plaintiff shall file the Third Amended Complaint within seven days.** ~~Defendant Samantha Rabinowitz shall have a seven-day extension of time, in addition to the time provided under Federal Rule of Civil Procedure 15(a)(3), to respond to the Third Amended Complaint.~~

**The parties present no cause for deviating from the time provided under Federal Rule of Civil Procedure 15(a)(3) for Defendant Samantha Rabinowitz to respond to the Third Amended Complaint.**

**IT IS ORDERED.**

DATED: July 16, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE