**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRENDMOOD, INC., a California corporation, | Case No. 2:20-cv-10877-MCS-RAO |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SAMANTHA RABINOWITZ, an individual; and DOES 1–10, inclusive, | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion to Dismiss or Strike Third Amended Complaint, IT IS ADJUDGED that the Third Amended Complaint is dismissed without leave to amend. The action is dismissed.

**IT IS SO ORDERED.**

Dated: August 31, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1